STATE OF LOUISIANA

VERSUS

TRENTON GAVIN

NO. 23-K-327

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*

Linda Wiseman
First Deputy, Clerk of Court

July 17, 2023

Linda Wiseman
First Deputy Clerk

**IN RE** TRENTON GAVIN

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE STEPHEN D. ENRIGHT, JR., DIVISION "N", NUMBER 23-388

Panel composed of Judges Stephen J. Windhorst,
Cornelius E. Regan, Pro Tempore, and Jason Verdigets, Pro Tempore

**WRIT GRANTED**

Relator, Trenton Gavin, seeks review of the trial court's refusal to consider the merits of his *pro se* Motion to Quash filed on April 10, 2023, and his *pro se* Motion to Suppress the Evidence filed on April 24, 2023, on the grounds that he is represented by an attorney. For the following reasons, we grant this writ application.

According to the June 1, 2023 minute entry included in this writ application, the trial court advised defendant that his *pro se* motions had been received, but "Defendant does have an attorney appointed to represent him [and] any and all motions must be filed by attorney." Subsequently, on June 29, 2023, defense counsel filed omnibus motions, including a Motion to Suppress Evidence, but did not file a Motion to Quash. The trial court set the counseled motions for hearing on July 6, 2023. On July 6, 2023, the hearing on these motions was continued to July 27, 2023.

In *State v. Thibodeaux*, 17-705 (La. 12/6/17), 236 So.3d 1253, 1254, the Louisiana Supreme Court found that the trial court erred by rejecting all *pro se* filings by represented defendants without reference to their disruptive potential.

In accordance with *Thibodeaux*, *supra*, we grant this writ application for the limited purpose of remanding to the trial court to consider relator's *pro se* motions. In its consideration of the *pro se* motions, the court may determine whether defense counsel wishes to adopt relator's *pro se* motions and, if not, evaluate its disruptive potential, as provided in *Thibodeaux*. *See also McReynolds v. State*, 20-459 (La. App. 5 Cir. 1/12/21) (unpublished writ disposition) and *Spellman v. Jefferson Parish, et al.*, 20-44 (La. App. 5 Cir. 5/7/20) (unpublished writ disposition). To the extent that the counseled Motion to Suppress Evidence covers the issues set forth in relator's *pro se* Motion to Suppress the Evidence, we note that the matter will be heard at the motion hearing on July 27, 2023.

Gretna, Louisiana, this 17th day of July, 2023.

**CER**
**SJW**
**JMV**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
CORNELIUS E. REGAN, PRO TEM

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **07/17/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**23-K-327**

**CURTIS B. PURSELL**
CLERK OF COURT

**E-NOTIFIED**

24th Judicial District Court (Clerk)
Honorable Stephen D. Enright, Jr. (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

**MAILED**

Trenton Gavin #1000335447 (Relator)
Post Office Box 388
Gretna, LA 70054